**Order entered June 10, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00038-CV

**BASIL BROWN, Appellant**

**V.**

**ROBERT HAWKINS, Appellee**

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 16C-0127**

## ORDER

Appellant has been declared a vexatious litigant and is required to obtain permission from the local administrative judge to file this appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.103(a). Before the Court is appellant's May 28, 2019 motion to proceed in this appeal. Appellant states that he attempted to obtain an order from the Honorable Casey Blair, Presiding Judge of the 86th Judicial District Court. According to appellant, Judge Blair informed appellant that he was not the appropriate local administrative judge to grant appellant permission to appeal.

Under section 25.1312(f) of the Government Code, a district judge serves as the local administrative judge for the district and statutory county courts in Kaufman County. *See* TEX. GOV'T CODE ANN. § 25.1312(f). Although the webpage for the 422nd Judicial District Court states that Judge Michael Chitty is the local administrative judge, the current local administrative

district judge for Kaufman County is Judge Blair.  *See* https://www.txcourts.gov/judicial-directory/.

Accordingly, we **ORDER** Judge Blair to consider and sign a written order on appellant's request for permission to appeal **WITHIN TWENTY DAYS** of the date of this order.  If Judge Blair signs an order denying appellant permission to appeal, appellant may apply for a writ of mandamus with this Court not later than the thirtieth day after the date of the order.  *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.102(f).

We **ORDER** Rhonda Hughey, Kaufman County District Clerk, to file, **WITHIN TWENTY-FIVE DAYS** of the date of this order, a supplemental clerk's record containing Judge Blair's order.

We **DIRECT** the Clerk of this Court to send a copy of this order to Judge Blair; Ms. Hughey; and all parties.


/s/      BILL WHITEHILL
         JUSTICE